■ KEITH JONES et al., Appellants, v DELILAH F. ACQUAAH et al., Respondents. [614 NYS2d 293] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Golden, J.),

dated October 15, 1992, which granted the defendants' motion to vacate a default judgment against them.

Ordered that the order is affirmed, with costs.

On the record before this Court, the Supreme Court did not improvidently exercise its discretion. Sullivan, J. P., Lawrence, Pizzuto, Joy and Goldstein, JJ., concur.